# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| LINENS HOLDING CO., *et al.*,[1] | : | Case No. 08-10832 (CSS) |
| Debtors. | : | Jointly Administered |
| | : | |
| LNT SERVICES, INC., *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Adv. Pro. No. [See Attached Exh. A] |
| [SEE ATTACHED EXHIBIT A], | : | |
| Defendant. | : | |

## NOTICE OF SERVICE OF DISCOVERY

I, Carl D. Neff, hereby certify that on this 31st day of March, 2010 I caused a copy of the following to be served upon the Parties on the attached service list via First Class Mail, postage prepaid.

*CHARLES M. FORMAN, CHAPTER 7 TRUSTEE'S INITIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a) (1)*

*[The Rest of This Page Left Intentionally Blank]*

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Linens Holding Co. (2917), Linens 'n Things, Inc. (3939), Linens 'n Things Center, Inc. (0138), Bloomington, MN., L.T., Inc. (8498), Vendor Finance, LLC (5543), LNT, Inc. (4668), LNT Services, Inc. (2093), LNT Leasing II, LLC (4182), LNT West, Inc. (1975), LNT Virginia LLC (9453), LNT Merchandising Company LLC (2616), LNT Leasing III, LLC (3599) and Citadel LNT, LLC (2479).

Dated: April 1, 2010　　　　　　　　　　CIARDI CIARDI & ASTIN
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　*/s/ Carl D. Neff*
　　　　　　　　　　　　　　　　　　　　Daniel K. Astin (No. 4068)
　　　　　　　　　　　　　　　　　　　　Mary E. Augustine (No. 4477)
　　　　　　　　　　　　　　　　　　　　Carl D. Neff (No. 4895)
　　　　　　　　　　　　　　　　　　　　919 North Market Street, Suite 700
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　(302) 658-1100
　　　　　　　　　　　　　　　　　　　　(302) 658-1300 facsimile
　　　　　　　　　　　　　　　　　　　　dastin@ciardilaw.com
　　　　　　　　　　　　　　　　　　　　maugustine@cirardilaw.com
　　　　　　　　　　　　　　　　　　　　cneff@ciardilaw.com

　　　　　　　　　　　　　　　　　　　　*Proposed Counsel for Charles M. Forman*
　　　　　　　　　　　　　　　　　　　　*Chapter 7 Trustee*