# EXHIBIT A

| Defendants | : | Adv. Pro. Nos. |
|---|---|---|
| 4r Systems, Inc. | : | 09-52871 (CSS) |
| A Harnish Production | : | 09-52875 (CSS) |
| ADT Security Services | : | 09-52876 (CSS) |
| Alabama Power | : | 09-52882 (CSS) |
| Alternatives In Engineering Inc. | : | 09-52885 (CSS) |
| Ambrosi | : | 09-52888 (CSS) |
| Ameren | : | 09-52890 (CSS) |
| American Electric Power | : | 09-52892 (CSS) |
| American Express | : | 09-52895 (CSS) |
| American Project & Repair, Inc | : | 09-52897 (CSS) |
| ANL-USL Agencies | : | 09-52898 (CSS) |
| Aon Bermuda Ltd. | : | 09-52899 (CSS) |
| Aon Risk Services Inc Of NY | : | 09-52900 (CSS) |
| Apec Millwork | : | 09-52903 (CSS) |
| APS | : | 09-52904 (CSS) |
| Arizona Public Service | : | 09-52907 (CSS) |
| Artistic Surfaces, Inc. | : | 09-52908 (CSS) |
| At&T | : | 09-52911 (CSS) |
| Atlantic City Electric | : | 09-52912 (CSS) |
| Automatic Data Processing | : | 09-52914 (CSS) |
| Bangor Hydro | : | 09-52918 (CSS) |
| Bank Of America | : | 09-52919 (CSS) |
| Bank Of New York | : | 09-52923 (CSS) |
| Best Buy Stores L.P. | : | 09-52928 (CSS) |
| Bob's Stores | : | 09-52940 (CSS) |
| Boss Facility Services, Inc. | : | 09-52942 (CSS) |
| Braintree Electric L Dept | : | 09-52944 (CSS) |
| Brant Screen Craft | : | 09-52947 (CSS) |
| Bridal Guide | : | 09-52949 (CSS) |
| Budget Truck Rental Llc | : | 09-52955 (CSS) |
| Bugajewski Facility Services | : | 09-52958 (CSS) |
| Burbank Water And Power | : | 09-52959 (CSS) |
| Cass Information Systems, Inc. | : | 09-52964 (CSS) |
| CB Richard Ellis | : | 09-52967 (CSS) |
| Central Maine Power | : | 09-52969 (CSS) |
| IGX Global | : | 09-53151 (CSS) |
| The Cleveland Electric Illuminating Co. | : | 09-53152 (CSS) |
| Import Cosco | : | 09-53153 (CSS) |
| Indiana Michigan Power | : | 09-53154 (CSS) |
| Indianapolis Power & Light Co | : | 09-53155 (CSS) |
| Infinite Energy, Inc. | : | 09-53156 (CSS) |

| | | |
|---|---|---|
| Info Global Solutions Inc. | : | 09-53157 (CSS) |
| Intercall, Inc. | : | 09-53158 (CSS) |
| Interiors Unlimited | : | 09-53160 (CSS) |
| ITA Group | : | 09-53161 (CSS) |
| Jackson EMC | : | 09-53163 (CSS) |
| JEA | : | 09-53167 (CSS) |
| Jersey Central Power & Light | : | 09-53165 (CSS) |
| JGI | : | 09-53169 (CSS) |
| Kansas City Power & Light | : | 09-53170 (CSS) |
| Katz & Associates Corp. | : | 09-53172 (CSS) |
| KDM Pop Solutions Group | : | 09-53175 (CSS) |
| Key Equipment Finance | : | 09-53182 (CSS) |
| Keybank, N.A. | : | 09-53184 (CSS) |
| Keyspan Energy | : | 09-53186 (CSS) |
| Kroll Associates | : | 09-53190 (CSS) |
| Kronos, Inc. | : | 09-53192 (CSS) |
| L.A. Dept Of Water & Power | : | 09-53196 (CSS) |
| Lenoir City Utilities Board | : | 09-53201 (CSS) |
| Lennox Industries Inc. | : | 09-53203 (CSS) |
| Louisville Gas & Electric Company | : | 09-53206 (CSS) |
| Piedmont Natural Gas Co. | : | 09-53105 (CSS) |
| Libbey Glassware (2) | : | 09-53209 (CSS) |
| The Network, Inc. | : | 09-53228 (CSS) |
| Liberty Power Corp | : | 09-53212 (CSS) |
| Lipa | : | 09-53217 (CSS) |
| Longfellow Productions Inc | : | 09-53218 (CSS) |
| LP Network Inc. | : | 09-53220 (CSS) |
| Madison Gas & Electric | : | 09-52858 (CSS) |
| Mayer Labs Press, Inc. | : | 09-52864 (CSS) |
| Mayo Studios | : | 09-52865 (CSS) |
| Mcclatchy Newspaper, INC. | : | 09-52867 (CSS) |
| Memphis Light Gas & Water Division | : | 09-52881 (CSS) |
| Metlife | : | 09-52868 (CSS) |
| Microsoft Licensing, GP | : | 09-52869 (CSS) |
| Middle Tennessee Ele. | : | 09-52870 (CSS) |
| Midtown Neon Sign Corp. | : | 09-52878 (CSS) |
| Mobile Storage Group | : | 09-52883 (CSS) |
| National City Bank N/K/A The PNC Financial Service | : | 09-52887 (CSS) |
| National Grid | : | 09-52891 (CSS) |
| Centurion Systems, Inc. | : | 09-52979 (CSS) |
| Christensen, Glaser And Fink | : | 09-52984 (CSS) |

| | | |
|---|---|---|
| Cigna Life Ins. Co. Of New York | : | 09-52986 (CSS) |
| Circle Imports | : | 09-52989 (CSS) |
| Cisco Systems, Inc. | : | 09-52993 (CSS) |
| CL America | : | 09-52994 (CSS) |
| Commonwealth Gas | : | 09-52996 (CSS) |
| Commvault Systems, Inc. | : | 09-52998 (CSS) |
| Conde Nast (Modern Bride Con.) | : | 09-53001 (CSS) |
| Constellation New Energy | : | 09-53006 (CSS) |
| Consumers Energy | : | 09-53008 (CSS) |
| Cosco Container Lines | : | 09-53010 (CSS) |
| Coserv | : | 09-53012 (CSS) |
| Cotton Connection Pvt Ltd | : | 09-53015 (CSS) |
| Crowe Chizek And Company, LLC | : | 09-53018 (CSS) |
| CVS Corporation | : | 09-53020 (CSS) |
| Decisionpoint Systems Ct Inc. | : | 09-53028 (CSS) |
| Delaware River Land Co., LLC | : | 09-53031 (CSS) |
| Delmarva Power | : | 09-53032 (CSS) |
| Detroit Edison | : | 09-53033 (CSS) |
| Digital Color Concepts Inc. | : | 09-53035 (CSS) |
| Digital Storage Solutions Inc. | : | 09-53036 (CSS) |
| Discover Network Settlement | : | 09-53037 (CSS) |
| DMX Music | : | 09-53038 (CSS) |
| Dominion East Ohio | : | 09-53039 (CSS) |
| Dominion Virginia Power | : | 09-53040 (CSS) |
| Duke Energy | : | 09-53050 (CSS) |
| Duke Power | : | 09-53052 (CSS) |
| Dunbar Armored | : | 09-53054 (CSS) |
| Duquesne Light | : | 09-53059 (CSS) |
| El Paso Electric Company | : | 09-53061 (CSS) |
| Elizabethtown Gas | : | 09-53063 (CSS) |
| Elmira Utility Associates, Inc | : | 09-53064 (CSS) |
| Emmet, Marvin & Marvin, LLP | : | 09-53066 (CSS) |
| Entergy | : | 09-53073 (CSS) |
| EPB | : | 09-53085 (CSS) |
| Evergreen Funds | : | 09-53088 (CSS) |
| Excel Graphics | : | 09-53097 (CSS) |
| Expeditors Tradewin, LLC | : | 09-53098 (CSS) |
| Express Scripts, Inc. | : | 09-53099 (CSS) |
| Extrameasures, LLC | : | 09-53100 (CSS) |
| Falcon Paymasters | : | 09-53034 (CSS) |
| Fifth Third Processing Solutions | : | 09-53046 (CSS) |
| Financo | : | 09-53049 (CSS) |
| Florida Power & Light Co | : | 09-53056 (CSS) |

| | | |
|---|---|---|
| Front Range Solutions USA | : | 09-53135 (CSS) |
| Fujitsu Transaction Solutions Inc. | : | 09-53136 (CSS) |
| Gainesville Regional UTL | : | 09-53137 (CSS) |
| Gallagher Bassett Services, Inc. | : | 09-53138 (CSS) |
| Georgia Power | : | 09-53139 (CSS) |
| Great West Life Assurance Co. | : | 09-53140 (CSS) |
| Green Mountain Power | : | 09-53141 (CSS) |
| Greenville Utilities Comm | : | 09-53142 (CSS) |
| Greystone Power | : | 09-53143 (CSS) |
| Gumro And Associates | : | 09-53146 (CSS) |
| Gulf Power | : | 09-53145 (CSS) |
| NCR | : | 09-52894 (CSS) |
| Netpro Computing Inc. | : | 09-52933 (CSS) |
| Nevada Power Company | : | 09-52936 (CSS) |
| New Jersey Natural Gas Company | : | 09-52939 (CSS) |
| Newell Normand | : | 09-52946 (CSS) |
| Nicor Gas | : | 09-52951 (CSS) |
| Nipsco | : | 09-52953 (CSS) |
| North Little Rock Elect. | : | 09-52972 (CSS) |
| North Shore Gas | : | 09-52974 (CSS) |
| Northeast Utilities | : | 09-52977 (CSS) |
| Novar Controls | : | 09-52980 (CSS) |
| New York State Electric And Gas Corporation A/K/A NYSEG | : | 09-52988 (CSS) |
| OG & E | : | 09-53000 (CSS) |
| Ohio Edison | : | 09-53004 (CSS) |
| Omaha Public Power Dist | : | 09-53023 (CSS) |
| Orion IP LLC | : | 09-53025 (CSS) |
| Orion Retail Services | : | 09-53030 (CSS) |
| Orlando Utilities Commission | : | 09-53067 (CSS) |
| Pacific Gas & Electric | : | 09-53069 (CSS) |
| Pacific Power | : | 09-53071 (CSS) |
| Partnersource, Inc. | : | 09-53076 (CSS) |
| Pasadena Water & Power | : | 09-53079 (CSS) |
| Pathmark Stores, Inc. | : | 09-53081 (CSS) |
| Peco Energy | : | 09-53082 (CSS) |
| Penelec | : | 09-53101 (CSS) |
| Hewlett Packard Company | : | 09-53147 (CSS) |
| Horizon Paper | : | 09-53148 (CSS) |
| IBM Credit LLC | : | 09-53150 (CSS) |
| Pitney Bowes Purchase Power | : | 09-53113 (CSS) |
| Pnm Electric & Gas Services | : | 09-53116 (CSS) |
| PPL Electric Utilities | : | 09-53123 (CSS) |

| | | |
|---|---|---|
| Production Values, Inc. | : | 09-53127 (CSS) |
| Progress Energy Florida | : | 09-53174 (CSS) |
| PSE & G | : | 09-53176 (CSS) |
| PSNC Energy | : | 09-53177 (CSS) |
| PSNH | : | 09-53179 (CSS) |
| Public Service Co. Of Oklahoma | : | 09-53181 (CSS) |
| Puget Sound Energy | : | 09-53183 (CSS) |
| Red Car Inc | : | 09-53187 (CSS) |
| Right Answers, Inc. | : | 09-53189 (CSS) |
| RMI, Inc. | : | 09-53191 (CSS) |
| Robert Half International | : | 09-53195 (CSS) |
| Row Resources, Inc. | : | 09-53197 (CSS) |
| Ryder Transporation Services | : | 09-53199 (CSS) |
| Salt River Electric | : | 09-53224 (CSS) |
| San Diego Gas & Electric | : | 09-53226 (CSS) |
| SCE & G | : | 09-53234 (CSS) |
| Security Source | : | 09-53236 (CSS) |
| Sheldon Lobel | : | 09-53239 (CSS) |
| Shop Local | : | 09-53243 (CSS) |
| Sierra Pacific | : | 09-53246 (CSS) |
| Sirva Relocation LLC | : | 09-53249 (CSS) |
| Solutran Inc. | : | 09-53260 (CSS) |
| South Jersey Gas Co | : | 09-53259 (CSS) |
| Southern California Edison | : | 09-53258 (CSS) |
| Southern Connecticut Gas | : | 09-53257 (CSS) |
| Southridge Associates, LLC | : | 09-53255 (CSS) |
| Southwestern Elect Power | : | 09-53253 (CSS) |
| Sprint PCS | : | 09-53252 (CSS) |
| SRP | : | 09-53251 (CSS) |
| SSEMC | : | 09-53250 (CSS) |
| St. Ives Inc Avanti | : | 09-53248 (CSS) |
| Star Telegram | : | 09-53247 (CSS) |
| Starbridge Custodial Account | : | 09-53245 (CSS) |
| Strategic Energy | : | 09-53244 (CSS) |
| Suez Energy Resources | : | 09-53242 (CSS) |
| Sunguard Availability Serv. LP | : | 09-53241 (CSS) |
| Symetra Financial | : | 09-53238 (CSS) |
| Tampa Electric | : | 09-53205 (CSS) |
| Technology Recovery Group | : | 09-53207 (CSS) |
| Teco | : | 09-53208 (CSS) |
| Texas Alliance Group, Inc. | : | 09-53211 (CSS) |
| The Hertz Corp. | : | 09-53213 (CSS) |
| The Illuminating Company | : | 09-53214 (CSS) |

| | | |
|---|---|---|
| The Medleh | : | 09-53216 (CSS) |
| The Sziklay Borresen Group LLC | : | 09-53229 (CSS) |
| TMLP | : | 09-53233 (CSS) |
| Toledo Edison | : | 09-53237 (CSS) |
| Tradecard, Inc. | : | 09-53240 (CSS) |
| Trintech Inc. | : | 09-53254 (CSS) |
| Tucson Electric Power Co. | : | 09-53256 (CSS) |
| UES-Capital | : | 09-53215 (CSS) |
| UGI Utilities, Inc. | : | 09-53219 (CSS) |
| United Forms Finishing | : | 09-53221 (CSS) |
| United Illuminating Co. | : | 09-53222 (CSS) |
| Vectren Energy Delivery | : | 09-53223 (CSS) |
| Villa Lighting Supply | : | 09-53227 (CSS) |
| Vision Financial Corp. | : | 09-53230 (CSS) |
| Vision Point Of Sale, Inc. | : | 09-53231 (CSS) |
| Vital Network Services | : | 09-53232 (CSS) |
| Von Schweinitz & Associates | : | 09-53235 (CSS) |
| Wachovia Bank | : | 09-53159 (CSS) |
| Walden Asset Group LLC | : | 09-53162 (CSS) |
| Walton EMC | : | 09-53164 (CSS) |
| Washington Gas | : | 09-53166 (CSS) |
| We Energies | : | 09-53168 (CSS) |
| Wells Fargo Bank | : | 09-53171 (CSS) |
| Wessel Fragrances Inc. | : | 09-53173 (CSS) |
| Windstream | : | 09-53188 (CSS) |
| Wine Enthusiast | : | 09-53193 (CSS) |
| Wisconsin Electric | : | 09-53194 (CSS) |
| Wisconsin Public Serv. Cor. | : | 09-53198 (CSS) |
| Withlacoochee River Electric | : | 09-53200 (CSS) |
| Xcel Energy | : | 09-53202 (CSS) |
| Yankee Gas Service Co. | : | 09-53210 (CSS) |